No. 98–6336. WOOD v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–6339. VAZQUEZ-PULIDO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–6342. BRAGGS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–1485. COATES, DIRECTOR, MASSACHUSETTS DIVISION OF MARINE FISHERIES, ET AL. v. STRAHAN. C. A. 1st Cir. Motion of Conservation Law Foundation, Inc., for leave to file a brief as *amicus curiae* granted. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 97–9525. HENDERSON v. TEXAS. Ct. Crim. App. Tex. Motion of petitioner to amend the petition for writ of certiorari and to supplement the record denied. Certiorari denied.

No. 98–292. CALDERON, WARDEN v. BROWN. Sup. Ct. Cal. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 98–371. HILL, WARDEN, ET AL. v. NADDI. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 98–310. STATE INSURANCE FUND v. MATHER, TRUSTEE FOR THE ESTATE OF SOUTHERN STAR FOODS, INC. C. A. 10th Cir. Motion of National Council on Compensation Insurance, Inc., et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 98–352. AT&T UNIVERSAL CARD SERVICES, INC. v. REMBERT. C. A. 6th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 97–9086. DIACONU v. DEFENSE LOGISTICS AGENCY ET AL., 524 U. S. 944. Petition for rehearing denied.